# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 08-14434

ROY STORKS,                           District Judge Arthur J. Tarnow

        Defendant,                      Magistrate Judge Virginia M. Morgan

and

MICHIGAN DEPARTMENT OF TREASURY,

        Garnishee

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION [17];
### AND DENYING DEFENDANT'S REQUEST REGARDING GARNISHMENT [12]

      Before the court is the magistrate judge's report and recommendation that defendant's request regarding garnishment be denied. No objections have been filed.

      The Court ADOPTS the report and recommendation. Defendant's request is DENIED.

      SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: April 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 21, 2009, by electronic and/or ordinary mail on Roy Storks.

                                      S/THERESA E. TAYLOR
                                      Case Manager